**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| KERRY BERN,<br><br>          Plaintiff,<br><br>v.<br><br>SMOOTH SURFACES, INCORPORATED,<br><br>          Defendant. | **CASE NO.: 4:21-cv-00358** |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff KERRY BERN by and through his undersigned counsel, brings this Complaint against Defendant SMOOTH SURFACES, INCORPORATED for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.     Plaintiff KERRY BERN ("Bern") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Bern's original copyrighted Works of authorship.

2.     Bern is a veteran and an award-winning architectural and real estate photographer based in Des Moines, Iowa. He has been a full-time commercial photographer for 8 years. He was named the PFRE Photographer of the Month for January 2016 and since has been a judge for the monthly themed contest which attracts photo submissions from photographers all over the world. His work has appeared in several local and regional publications the last few years. He is an active member of the Home Builders Association of Greater Des Moines and is a noted activist regarding protecting photographers' copyrights

3.      Defendant SMOOTH SURFACES, INCORPORATED ("Smooth") is a company that sells custom countertops in materials such as laminate, solid surface, quartz, natural stone, as well as offering sinks for sale to the public. At all times relevant herein, Smooth owned and operated the internet website located at the URL https://www.smoothsurfacescountertops.com/ (the "Website").

4.      Bern alleges that Smooth copied Bern's copyrighted Works from the internet in order to advertise, market and promote its business activities. Smooth committed the violations alleged in connection with Smooth's business for purposes of advertising and promoting sales to the public in the course and scope of the Smooth's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in Iowa.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Smooth Surfaces, Incorporated is a Iowa Corporation, with its principal place of business at 1824 Industrial Circle, West Des Moines, IA 50265, and can be served by serving its Registered Agent, Iowa Registered Agents Inc., 400 Locust Street, Suite 400, Des Moines, IA 50309.

## THE COPYRIGHTED WORKS AT ISSUE

10.     In 2018, Bern created the photographs entitled "16659 Winston Dr-2", and

"16659 Winston Dr-7" which are shown below and referred to herein as the "Works".





11. Bern registered the Works with the Register of Copyrights on September 19, 2018, and was assigned registration number VA 2-123-376. The Certificate of Registration is attached hereto as Exhibit 1.

12. Bern's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Bern was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Smooth has never been licensed to use the Works at issue in this action for any purpose.

15. On a date after the Works at issue in this action were created, but prior to the filing of this action, Smooth copied the Works.

16. On or about July 17, 2020, Bern discovered the unauthorized use of  Works on the Website.

17. Smooth copied Bern's copyrighted Works without Bern's permission.

18. After Smooth copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its custom countertop sales and service business.

19. Smooth copied and distributed Bern's copyrighted Works in connection with Smooth's business for purposes of advertising and promoting Smooth's business, and in the course and scope of advertising and selling products and services.

20. Bern's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21.     Smooth committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

22.     Bern never gave Smooth permission or authority to copy, distribute or display the Works at issue in this case.

23.     Bern notified Smooth of the allegations set forth herein on October 19, 2021.  To date, the parties have failed to resolve this matter. A copy of the Notice to Smooth is attached hereto as Exhibit 3.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

24.     Bern incorporates the allegations of paragraphs 1 through **!Syntax Error,**  of this Complaint as if fully set forth herein.

25.     Bern owns valid copyrights in the Works at issue in this case.

26.     Bern registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27.     Smooth copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Bern's authorization in violation of 17 U.S.C. § 501.

28.     Smooth performed the acts alleged in the course and scope of its business activities.

29.     Smooth's acts were willful.

30.     Bern has been damaged.

31.     The harm caused to Bern has been irreparable.

WHEREFORE, the Plaintiff Kerry Bern prays for judgment against the Defendant Smooth Surfaces, Incorporated that:

a.      Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.      Defendant be required to pay Plaintiff  actual damages and Smooth's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.      Plaintiff be awarded  attorneys' fees and costs of suit under the applicable statutes sued upon;

d.      Plaintiff be awarded pre and post-judgment interest; and

e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.


Dated:  November 16, 2021                    Respectfully submitted,


                                             */s/ Scott M. Wadding*
                                             Scott M. Wadding      AT0010447
                                             SEASE & WADDING
                                             104 Southwest Fourth Street
                                             Des Moines, Iowa 50309
                                             Telephone: (515) 883-2222
                                             Facsimile: (515) 883-2233
                                             swadding@seasewadding.com

                                             *Counsel for Plaintiff Kerry Bern*